**Order entered September 13, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00248-CV

### YELENA KONKINA, Appellant

### V.

### DR. IRINA HAYRAPETYAN AND VALLEY VIEW DENTAL, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-02483-C**

### ORDER

Before the Court is appellant's September 8, 2021 motion for an extension of time to file an amended brief to correct deficiencies. We **GRANT** the motion as follows. We **DIRECT** the Clerk of this Court to send appellant a copy of the clerk's record and reporter's record on a CD-ROM. Appellant shall file her amended brief on or before **October 4, 2021**. We caution appellant that failure to file an amended brief on or before October 4, 2021 will result in the appeal being submitted on the deficient brief.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE